**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 3:08cr3/MCR

TERRILL LEWIS

_____/

**O R D E R**

    A competency hearing was held in this case on March 11, 2008.  At the hearing, both parties stipulated to the report of the court appointed expert, Dr. James Larson, in which Dr. Larson opined that defendant presently suffers from a mental disease or defect rendering him incompetent to assist in his own defense at trial.  Thus, the court finds based on a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to assist properly in his own defense.

    Accordingly, pursuant to the provisions of 18 U.S.C. § 4241(d)(1), the defendant is hereby committed to the custody of the Attorney General to be hospitalized for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determined whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit trial to proceed.

    **DONE and ORDERED** this 12th day of March, 2008.

                                                      s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**